FILED
CLERK, U.S. DISTRICT COURT
JAN 18 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOAH JAMAL STOKE,<br><br>Defendant. | Case No. 2:18-cr-601-CJC<br><br>ORDER OF DETENTION |

On January 18, 2024, Defendant Noah Jamal Soke made an initial appearance in connection with an arrest warrant for failure to appear, 18 U.S.C. § 3146. (ECF No. 85.) Mr. Stoke was previously released on bond in his underlying case. He violated the conditions of that bond, and then failed to appear for a hearing regarding whether that bond should be revoked. (ECF No. 84.) The defense indicated that the Order to Show Cause re: revocation of bond (i.e., proceedings under § 3148) would be handled in Judge Carney, and that they intended to submit on the matter of detention with respect to the new failure-to-appear allegation.

The Court has reviewed the files and records in this matter, including the Petition alleging violations of conditions of pretrial release, dated October 18, 2022, the recommendation by Pretrial Services that Defendant be detained, and the request of Defendant's counsel, that Defendant would submit to detention on the failure-to-appear allegation.

The Court finds, based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that Mr. Stoke will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.

IT IS THEREFORE ORDERED that defendant is remanded to the custody of the United States Marshal pending further proceedings in this matter.

Dated: January 18, 2024

/s/
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE